UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 2:09-cr-0023-LJM-CMM |
| | ) | |
| JAMES McNEW, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Craig M. McKee's Report and Recommendation that James McNew's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 7 months in the custody of the Attorney General. Upon Mr. McNew's release from confinement, he will not be subject to supervised release.

SO ORDERED this 09/04/2012

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Joe Vaughn
Assistant U. S. Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204

Laura Paul
400 Wabash Avenue
Suite 212
Terre Haute, Indiana 47807

U. S. Parole and Probation

U. S. Marshal